AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>John Kenneth HECHT<br><br>Defendant(s) | Case No. 2:22-mj-87 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 4, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
Complainant's signature

S. Chappell ATF TFO
Printed name and title

Sworn to before me and signed in my presence. VIA FACETIME.

Date: 2/11/2022

_____
Judge's signature

City and state: Columbus Ohio

US Magistrate Judge
Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**John Kenneth HECHT**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against John Kenneth HECHT for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that HECHT committed this offence.

4. On or about February 3, 2022, uniformed Columbus Division of Police Officers were dispatched to 8517 Running Fox Rd. on a report of a person with a gun. Once at scene officers made contact with the victim who stated her live-in boyfriend John HECHT pointed a gun at her and threatened to shoot her. HECHT told the victim that he wanted to have a shootout with police officers. Officers were told that HECHT had two firearms inside the residence including a rifle.

5. Officers were told that HECHT was at 4767 Tatersall Ct. Columbus, Ohio and was still in possession of the firearms.

6. Officers were able to make contact with HECHT via his cellphone. HECHT let officers know that he would not be surrendering. After more than 30 mins officers were able to convince HECHT to surrender. HECTH told officers that he was going to finish his bong and then come out. HECHT exited the apartment was taken into custody and arrested for aggravated menacing.

7. The victim signed a consent to search the apartment. During a search of the apartment officers found an Anderson rifle serial 13110F13 with ammunition behind the washer and dryer.

8. On or about February 4, 2022, Alcohol, Tobacco, and Firearms (ATF) Task Force Officer (TFO) Chappell conducted a phone interview of the victim. TFO Chappell was told that the Anderson rifle belonged to HECTH. The victim told TFO Chappell HECHT had pointed both the rifle and a pistol which belonged to them at him/her. TFO Chappell was provided text messages sent to the victim by HECHT after the victim left the apartment. HECHT had sent texts to the victim showing their clothes being put outside, threatening to destroy the apartment and telling them to

**PROBABLE CAUSE AFFIDAVIT**
John Kenneth HECHT

call the police. One text sent to the victim stated, "next bullet goes to the head instead of the bed".

9. HECHT was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Delaware County, Ohio Court of Common Pleas Case 12CR090364 for trespass in a habitation when a person is present or likely to be present.

10. Records from the Delaware County, Ohio Court of Common Pleas Case 12CR090364 show that on or about May 28, 2013, HECHT signed a guilty plea. This plea indicated that HECHT understood the maximum penalty for the crime he was pleading guilty to was more than one than one year of incarceration.

11. Records from the Delaware County, Ohio Court of Common Pleas Case 12CR090364 show that HECHT was sentenced to intervention in lieu of a conviction. Due to HECHT's inability to adhere to the conditions of intervention in lieu of conviction he was found guilty of Trespass in a Habitation When a Person is Present or Likely to be Present on or about January 31, 2014. Records indicate that HECHT was present in court during his sentencing.

12. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by HECHT on or about February 3, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

13. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

14. Based on this information, your affiant believes probable cause exists that HECHT knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, Anderson rifle serial 13110F13 and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of 11th, February, at 1:04 pn Columbus, Ohio.

U.S. MAGISTRATE JUDGE